Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29340−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig C. Teschko
   aka CRAIG TESCHKO
   26 Morgan Dr
   Clayton, NJ 08312−2442

Social Security No.:
   xxx−xx−6703

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/6/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 6, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

Case 18-29340-ABA    Doc 38    Filed 09/08/19    Entered 09/09/19 00:33:02    Desc Imaged
                          Certificate of Notice    Page 2 of 3

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                              Case No. 18-29340-ABA
Craig C. Teschko                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin            Page 1 of 2           Date Rcvd: Sep 06, 2019
                               Form ID: 148           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
```
db              Craig C. Teschko,    26 Morgan Dr,    Clayton, NJ 08312-2442
517783296       Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517783299       Danielle Teschko,    26 Morgan Dr,    Clayton, NJ 08312-2442
517783304       Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517783305       Foot Health Centers, P.A.,    52 Berlin Rd Ste 5000,    Cherry Hill, NJ 08034-3573
517783307       GLOUCESTER CTY SCP DC00451612,    1 N Broad St,    Woodbury, NJ 08096-4602
517783308       Jefferson Health - New Jersey,    2201 Chapel Ave W,    Cherry Hill, NJ 08002-2048
517783310       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517783309      +Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
518022695      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518022696      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517783312       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517867591      +EDI: ATLASACQU.COM Sep 07 2019 03:33:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517783297       EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenity Capital Bank/Hsn,    Attn: Bankruptcy Dept,
                 PO Box 18215,    Columbus, OH 43218
517783298       EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycb/hsn,    PO Box 182120,
                 Columbus, OH 43218-2120
517783300       E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2019 00:14:38      Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD 57709-6172
517783301       E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2019 00:14:38      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517912243       E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2019 00:14:38      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517783302       E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 07 2019 00:20:22      Exeter Finance Corp,
                 PO Box 166008,    Irving, TX 75016-6008
517783303       E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 07 2019 00:21:45      Exeter Finance LLC,
                 PO Box 166097,    Irving, TX 75016-6097
517865470      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 07 2019 00:21:02      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
517795313      +EDI: AISACG.COM Sep 07 2019 03:33:00      Exeter Finance LLC,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517783306       EDI: PHINGENESIS Sep 07 2019 03:33:00      Genesis Credit,    Bankcard Services,   PO Box 4477,
                 Beaverton, OR 97076-4401
517867907       EDI: RESURGENT.COM Sep 07 2019 03:33:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO BOX 10587,    Greenville, SC 29603-0587
517783311       E-mail/PDF: bankruptcy@ncfsi.com Sep 07 2019 00:20:23      New Century Financial Services,
                 110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
517912073       EDI: PRA.COM Sep 07 2019 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Home Shopping Network,    POB 41067,    Norfolk VA 23541
517904514       EDI: RESURGENT.COM Sep 07 2019 03:33:00      Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517901132      +EDI: AIS.COM Sep 07 2019 03:33:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517893100*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Craig C. Teschko ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```